```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
CARLOS LOPEZ,                                                :
                                                             :
                              Plaintiff,                     :
                                                             :         19-cv-9115 (VSB)
              -against-                                      :
                                                             :            ORDER
CHINA CITY OF EAST 188TH ST., et al.,                        :
                                                             :
                              Defendants.                    :
                                                             :
------------------------------------------------------------ X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

This case is scheduled for a post-discovery conference on January 8, 2021 at 11:30 a.m. (Doc. 23.) Accordingly, it is hereby:

ORDERED that the post-discovery conference will be held by telephone. The dial-in number for the conference is 888-363-4749 and the access code is 2682448.

SO ORDERED.

Dated: January 7, 2021
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge