# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

_____

cerrington@faillacelaw.com

January 7, 2021

**VIA ECF**
Hon. Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> APPLICATION GRANTED
> SO ORDERED [signature]
> VERNON S. BRODERICK
> U.S.D.J.  1/7/2021
>
> The post-discovery conference scheduled for January 8, 2021 is adjourned.  The parties are directed to meet and confer and submit a joint letter by January 12, 2021 indicating potential dates for the post-discovery conference.

Re: Lopez et al. v. China City of East 188th St. et al
CASE #: 19-cv-9115

Your Honor:

    I represent the Plaintiff in the above-captioned matter and write jointly with Defendants to respectfully request an adjournment of the post-discovery conference scheduled tomorrow at 11:30 AM. The reason for this request is a conflict in the undersigned's schedule.

    We thank the Court for its attention to this matter.

Respectfully submitted,

/s_____
Clela Errington, Esq.
Michael Faillace & Associates, P.C.
*Attorneys for Plaintiff*