```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
CARLOS LOPEZ,                                                :
                                                             :
                              Plaintiff,                     :
                                                             :         19-cv-9115 (VSB)
              -against-                                      :
                                                             :            ORDER
CHINA CITY OF EAST 188TH ST., et al.,                        :
                                                             :
                              Defendants.                    :
                                                             :
------------------------------------------------------------ X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

I am in receipt of the parties' January 12, 2021 letter indicating potential dates for the post-discovery conference in this case. (Doc. 27). Accordingly, it is hereby:

ORDERED that the post-discovery conference will be held by telephone on January 19, 2021 at 2:00 p.m. The dial in number for the conference is 888-363-4749 and the access code is 2682448.

SO ORDERED.

Dated: January 12, 2021
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge