```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
CARLOS LOPEZ,                                                :
                                                             :
                              Plaintiff,                     :
                                                             :         19-cv-9115 (VSB)
               -against-                                     :
                                                             :            ORDER
CHINA CITY OF EAST 188TH ST., et al.,                        :
                                                             :
                              Defendants.                    :
                                                             :
------------------------------------------------------------ X
```

VERNON S. BRODERICK, United States District Judge:

      In light of the representations made at the January 19, 2021 status conference held in the above-captioned case, (Doc. 28), it is hereby:

      ORDERED that the deadline for the parties to complete discovery is extended until May 20, 2021.  It is unlikely that I will grant any subsequent extensions.

      IT IS FURTHER ORDERED that Defendants shall provide any requests for written discovery to Plaintiff on or before January 22, 2021.

      IT IS FURTHER ORDERED that the parties shall appear for a post-discovery conference on May 27, 2021 at 12:00 p.m.  The call-in number is 888-363-4749 and the access code is 2682448.

      SO ORDERED.

Dated: January 19, 2021
      New York, New York

                                                          Vernon S. Broderick
                                                        United States District Judge

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 1/19/2021*