```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
CARLOS LOPEZ,                                                :
                                                             :
                              Plaintiff,                     :
                                                             :
               -against-                                     :
                                                             :
CHINA CITY OF EAST 188TH ST., et al.,                        :
                                                             :
                              Defendants.                    :
                                                             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/2021

19-cv-9115 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

In light of the representations made at the May 27, 2021 conference held in this case, (Doc. 29), it is hereby:

ORDERED that the parties are directed to submit a joint status update no later than one week following any settlement conference before Magistrate Judge Kevin Nathaniel Fox.

SO ORDERED.

Dated:  May 27, 2021
        New York, New York

                                        Vernon S. Broderick
                                        United States District Judge