USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/25/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
CARLOS LOPEZ, :
:
                           Plaintiff, :
: 19-cv-9115 (VSB)
      -against- :
: **ORDER**
:
CHINA CITY OF EAST 188TH ST., et al., :
:
                         Defendants. :
:
------------------------------------------------------------ X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      The docket in the above-captioned case indicates that the parties participated in a settlement conference with Magistrate Judge Kevin Nathaniel Fox on June 17, 2021, which appears to have been unsuccessful. I had previously ordered the parties to file a joint status update within a week of any settlement conference, (Doc. 30), but that letter is now overdue. Accordingly, it is hereby:

      ORDERED that the parties are directed to file a joint status update on or before June 28, 2021, indicating (1) the status of settlement discussions, and (2) what the parties propose for next steps in the litigation.

      SO ORDERED.

Dated: June 25, 2021
      New York, New York

                                              Vernon S. Broderick
                                              United States District Judge