```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
                                                        :
CARLOS LOPEZ,                                           :
                                                        :
                          Plaintiff,                    :
                                                        :         19-cv-9115 (VSB)
          -against-                                     :
                                                        :              ORDER
CHINA CITY OF EAST 188TH ST., et al.,                   :
                                                        :
                          Defendants.                   :
                                                        :
------------------------------------------------------- X
```

VERNON S. BRODERICK, United States District Judge:

I am in receipt of the parties' June 25, 2021 letter indicating that, while settlement negotiations remain ongoing, Plaintiff wants to continue to proceed toward trial. (Doc. 34.) Accordingly, it is hereby:

ORDERED that the parties are directed to submit a filing on or before July 2, 2021 with proposed trial dates in this case. The earliest possible trial date would be sometime in the last quarter of 2021.

SO ORDERED.

Dated: June 28, 2021
       New York, New York

                                        _____
                                        Vernon S. Broderick
                                        United States District Judge