UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
CARLOS LOPEZ,

                            Plaintiff,

          -against-

CHINA CITY OF EAST 188TH ST., et al.,

                          Defendants.
------------------------------------------------------------ X

19-cv-9115 (VSB)

**ORDER**

<u>VERNON S. BRODERICK, United States District Judge</u>:

    I am in receipt of the parties' joint letter filed July 2, 2021, with proposed dates for the upcoming jury trial in this case. (Doc. 36.) Accordingly, it is hereby:

    ORDERED that this case is tentatively scheduled for a jury trial beginning on February 7, 2022.

    IT IS FURTHER ORDERED that the parties are directed to file a joint pretrial order and any motions in limine on or before December 17, 2021. The parties are further directed to file any oppositions to motions in limine, as well as proposed voir dire questions, verdict sheets, and jury instructions, on or before January 14, 2022.

    SO ORDERED.

Dated: July 7, 2021
       New York, New York

                                          Vernon S. Broderick
                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/2021