UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

CARLOS LOPEZ, individually and on behalf of others similarly situated,

                Plaintiff,

-against-

CHINA CITY OF EAST 188TH STREET INC. (D/B/A CHINA CITY RESTAURANT), YOUYI HE, and XIAO YING HUANG,

                Defendants.
                *Defendants.*

--------------------------------------------------------X

19-CV-9115

**NOTICE OF PLAINTIFFS' ACCEPTANCE OF DEFENDANTS' OFFERS OF JUDGMENT PURSUANT TO F.R.C.P. RULE 68**

    Plaintiff CARLOS LOPEZ, by and through his undersigned counsel, hereby notify the Court that on or about November 30, 2021, said Plaintiffs accepted Defendants CHINA CITY OF EAST 188TH STREET INC. (D/B/A CHINA CITY RESTAURANT), YOUYI HE, and XIAO YING HUANG'S Offer of Judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure. Annexed hereto are copies of, respectively, (a) said Offer of Judgment; (b) Plaintiffs' said acceptance of said Offer of Judgment; (c) Proof of Service of said Acceptance.

    Dated: November 30, 2021.

                                              /s/ Clela A. Errington
                                              Clela A. Errington, Esq.
                                              CSM Legal, P.C.
                                              60 East 42nd Street, Ste. 4510
                                              New York, New York 10165
                                              Tel: (212) 317-1200
                                              Email: clela@csm-legal.com
                                              *Counsel for Plaintiffs*