**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

CARLOS LOPEZ, individually and on
behalf of others similarly situated,

Plaintiff,

-against-

CHINA CITY OF EAST 188TH STREET INC. (D/B/A
CHINA CITY RESTAURANT), YOUYI HE, and
XIAO YING HUANG,

*Defendants.*

------------------------------------------------------------------X

**Case No.:  19-cv-9115-VSB**

**[Proposed Form Of]**
**JUDGMENT**

## JUDGMENT

On November 30, 2021, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, CARLOS LOPEZ, has judgment against CHINA CITY OF EAST 188TH STREET INC. (D/B/A CHINA CITY RESTAURANT), YOUYI HE, and XIAO YING HUANG, jointly and severally, in the amount of Twenty One Thousand Dollars and No Cents ($21,000.00), which is inclusive of attorneys' fees and costs.

Dated: _____, 2021

_____
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE